1 | CARMEN A. TRUTANICH, City Attorney (SBN 86629x)
MICHAEL L. CLAESSENS, Senior Assistant City Attorney
2 | CORY M. BRENTE, Assistant City Attorney
RENA M. SHAHANDEH, Deputy City Attorney (SBN 198072)
3 | 200 North Main Street
6th Floor, City Hall East
4 | Los Angeles, CA 90012
Email: Rena.Shahandeh@lacity.org
5 | Phone No.: (213) 978-7047, Fax No.: (213) 978-8785

6 | Attorneys for Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE
DEPARTMENT ("LAPD"), WILLIAM J. BRATTON, PAUL RAZO and MINERVA
7 | MOTA

8                      **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

| 11 | G.H by and through her Guardian ad Litem DAWN HOPKINS, ROBERT R. GREGG individually, and as victim decedent's personal representative, JUDITH GREGG, individually, and as victim decedent's personal representative | ) ) ) ) ) ) ) ) | CASE NO. CV08-02368 GAF (AGRx) Honorable: Gary A. Feess Magistrate: Alicia G. Rosenberg |
|---|---|---|---|
| | *Plaintiffs,* | ) ) | [~~PROPOSED~~] **PROTECTIVE ORDER RE: DISCLOSURE OF CONFIDENTIAL MATERIALS** |
| | v. | ) | |
| | CITY OF LOS ANGELES, a municipality of the State of California, LOS ANGELES POLICE DEPARTMENT, a public agency within the City of Los Angeles, WILLIAM BRATTON, an individual sued in his official capacity and individual capacity, PAUL RAZO, an individual, MINERVA MOTA, an individual, and DOES 1 through 100, inclusive, | ) ) ) ) ) ) ) ) ) ) ) ) | **NOTE CHANGES MADE BY THE COURT** |
| | | ) ) | **NOTE CHANGES MADE BY THE COURT** |
| | *Defendants.* | ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The following Protective Order shall govern the disclosure of documents and/or information produced by order of the Court in accordance with the Court's *in camera*

1

review of the documents on July 17, 2009 (hereinafter, the "protected documents"):

1. The protected documents will be watermarked "Confidential," "Confidential Documents," "Confidential Material," "Subject to Protective Order" or words of similar effect.

2. Use of the protected documents and the information contained therein is limited to this civil matter and, in particular, said protected documents and the product of the same shall not be utilized by the Plaintiffs, Plaintiffs' Counsel, or any other individual in the litigation of any other criminal or civil proceeding.

3. Under no circumstances shall the protected documents, or the information contained therein, be retained, compiled, stored, used as a data base, or disseminated, in any form, except for purposes of this civil matter in accordance with this Protective Order or by further order of the court;

4. Use of the protected materials and the information contained therein is limited to authorized persons working for the Plaintiffs, the Defendants and the court on this specific civil matter.

5. Counsel to any party to this action shall advise those individuals to whom disclosure is made in accordance with this Protective Order of the contents of this Protective Order.

6. If the protected information is included in any court documents, counsel submitting those documents must seek leave of the court to submit them under seal. *All Confidential information used at trial shall become public absent a separate court order.*

7. Provisions of this Order insofar as they restrict disclosure and the use of material shall be in effect until further order of the Court. *upon written motion and sufficient cause shown.*

**IT IS SO ORDERED.**

DATED: *July 17, 2009*

*Alicia G. Rosenberg*
Honorable Alicia G. Rosenberg
UNITED STATES MAGISTRATE JUDGE

2