JS - 6

1   **CARMEN A. TRUTANICH,** City Attorney (SBN 86629)
    **MICHAEL L. CLAESSENS**, Senior Assistant City Attorney
2   **CORY M. BRENTE,** Assistant City Attorney
    **RENA M. SHAHANDEH,** Deputy City Attorney (SBN 198072)
3   200 North Main Street
    6th Floor, City Hall East
4   Los Angeles, CA  90012
    Email: Rena.Shahandeh@lacity.org
5   Phone No.: (213) 978-7047, Fax No.: (213) 978-8785

6   Attorneys for Defendants CITY OF LOS ANGELES, LOS ANGELES POLICE
    DEPARTMENT ("LAPD"), WILLIAM J. BRATTON, PAUL RAZO and MINERVA
7   MOTA

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  G.H by and through her Guardian ad      )   **CASE NO. CV08-02368 GAF (AGRx)**
    Litem DAWN HOPKINS, ROBERT R.          )   Honorable:  Gary A. Feess
12  GREGG individually, and as victim      )   Magistrate:  Alicia G. Rosenberg
    decedent's personal representative,    )
13  JUDITH GREGG, individually, and as     )
    victim decedent's personal representative )
14                                         )   **JUDGMENT**
                        *Plaintiffs,*      )   **AFTER TRIAL BY JURY**
15  v.                                     )
                                           )
16  CITY OF LOS ANGELES, a                 )
    municipality of the State of California, )
17  LOS ANGELES POLICE                     )
    DEPARTMENT, a public agency within     )
18  the City of Los Angeles, WILLIAM       )
    BRATTON, an individual sued in his     )
19  official capacity and individual capacity, )
    PAUL RAZO, an individual, MINERVA      )
20  MOTA, an individual, and DOES 1        )
    through 100, inclusive,                )
21                                         )
                        *Defendants.*      )
22

23

24  TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR

25  ATTORNEYS OF RECORD THEREIN:

26         This action came on regularly for trial on October 13, 2009 in Courtroom

27

28                                    1

1  "740" of the United States District Court for the Central District of California before the

2  Honorable Gary A. Feess, United States District Court Judge.  Plaintiffs G.H by and

3  through her Guardian ad Litem DAWN HOPKINS, ROBERT R. GREGG individually,

4  and as victim decedent's personal representative, JUDITH GREGG, individually, and as

5  victim decedent's personal representative were represented by Stephen Allen Jamieson

6  and Donald W. Flaig.  The Defendants CITY OF LOS ANGELES, LOS ANGELES

7  POLICE DEPARTMENT, WILLIAM J. BRATTON, PAUL RAZO and MINERVA

8  MOTA, were represented by Deputy City Attorney Rena M. Shahandeh.

9          A jury of eight (8) persons were regularly empaneled and sworn.

10  Witnesses were sworn and testified and documentary evidence was introduced and

11  admitted into evidence.  After hearing the evidence and arguments of counsel, the jury

12  was duly instructed by the Court and the cause was submitted to the jury with directions to

13  return a verdict on the issues, if after proper deliberations, they could do so.  The jury

14  deliberated and thereafter returned to the court with their unanimous verdict as follows, to-

15  wit:

16

17                          **<u>JURY VERDICT</u>**

18

19          WE, THE JURY, in the above-entitled action, unanimously find on the

20  questions presented as follows:

21

22  **QUESTION NO. 1:**   Do you unanimously find by a preponderance of the

23  evidence that LAPD Officer Minerva Mota used unreasonable force in violation of Mark

24  Gregg's right to be free from unlawful seizure under the Fourth Amendment?  (Please

25  check one)

26          Yes _____          No ___✓___

27

28                                  2

1   Go to Question No. 2.

2

3       **QUESTION NO. 2:**   Do you unanimously find by a preponderance of the

4   evidence that LAPD Officer Paul Razo used unreasonable force in violation of Mark

5   Gregg's right to be free from unlawful seizure under the Fourth Amendment?  (Please

6   check one)

7       Yes _____          No ___✓___

8

9   If your answer to Question No. 1 or 2 was "yes" please proceed to Question Nos. 3 and 4.

10  If you answered "No" to both go to Question No. 5.

11

12      **QUESTION NO. 3:**   Do you unanimously find by a preponderance of the

13  evidence that either LAPD Officer Minerva Mota or LAPD Officer Paul Razo, in the

14  performance of their duties on July 24, 2007, acted maliciously, in reckless disregard, or

15  with oppression, within the meaning of this Court's instructions?

16

17      Minerva Mota:          Yes _____          No _____

18      Paul Razo:             Yes _____          No _____

19

20      **QUESTION NO. 4:**   Do you unanimously find by a preponderance of the

21  evidence that the actions of Chief William Bratton violated Mark Gregg's constitutional

22  rights by knowingly ratifying the unconstitutional conduct of either Officer Mota or

23  Officer Razo.

24

25      Yes _____          No _____

26

27

28                                    3

1   **QUESTION NO. 5:**   Do you unanimously find by a preponderance of the

2   evidence that either LAPD Officer Minerva Mota or LAPD Officer Paul Razo committed

3   assault and battery on Mark Gregg on July 24, 2007?

4

5       Minerva Mota:       Yes _____      No ____✓____

6       Paul Razo:       Yes _____      No ____✓____

7

8   **QUESTION NO. 6:**   Do you unanimously find by a preponderance of the

9   evidence that either LAPD Officer Minerva Mota or LAPD Officer Paul Razo acted

10   negligently in their encounter with Mark Gregg on July 24, 2007?

11

12       Minerva Mota:       Yes _____      No ____✓____

13       Paul Razo:       Yes _____      No ____✓____

14

15   DATED:   October 16, 2009      _____

16                                  Presiding Juror

17                           **JUDGMENT**

18       **THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

19       1.     That judgment be, and hereby is, entered in favor of the Defendants and

20           against the Plaintiffs;

21       2.     That the Plaintiffs shall take nothing;

22       3.     That the Defendants recover their costs of suit herein.

23

24

25   DATED: 10/23/09      _____

26           **HONORABLE GARY A. FEESS**
        **UNITED STATES DISTRICT COURT JUDGE**

27

28                        4